USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/10/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                Plaintiffs,

-against-

PRIME CONTRACTORS INC., UTB - UNITED TECHNOLOGY, INC. and QBE INSURANCE CORPORATION,

                Defendants.

23 Civ. 9033 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 21, 2023, Plaintiffs filed a proposed clerk's certificate of default and a declaration in support. ECF Nos. 14–15. The Clerk of Court issued a certificate of default the same day. ECF No. 16.

      By **February 9, 2024**, Plaintiffs shall either move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases, or file a letter informing the Court of their intentions regarding the prosecution of this matter.

      SO ORDERED.

Dated: January 10, 2024
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge