USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/21/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                Plaintiffs,

-against-

PRIME CONTRACTORS INC., UTB - UNITED TECHNOLOGY, INC. and QBE INSURANCE CORPORATION,

                Defendants.

23 Civ. 9033 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Due to scheduling conflicts, the show-cause hearing scheduled for **April 23, 2024**, is RESCHEDULED to **April 30, 2024**, at **11:00 a.m**.  The parties are directed to contact chambers at torres_nysdchambers@nysd.uscourts.gov in advance of the hearing for instructions on accessing the conference.  Members of the media and the public may access the conference by dialing +1 646-453-4442 and entering access code 465819224#.

      SO ORDERED.

Dated: March 21, 2024
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge