

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024

March 25, 2024

**VIA ECF & EMAIL**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      **RE:**   *Trustees of the New York City District Council of Carpenters Pension Fund, et al., v. Prime Contractors Inc., et al.,* Case no. 23 CV 9033 (AT)

Dear Judge Torres:

    This firm represents the Plaintiffs in the above-referenced action. We write jointly with counsel for Defendants UTB – United Technology, Inc. ("UTB") and QBE Insurance Corporation ("QBE", together with UTB, the "Represented Defendants") to respectfully request an adjournment of the dates associated with the Order to Show Cause. *See* ECF Doc. No. 23. The current deadlines are as follows:

|  | **Deadline** |
|---|---|
| Defendants' Opposition | March 27, 2024 |
| Plaintiffs' Reply | April 3, 2024 |
| Show Cause Hearing | April 30, 2024 @ 11:00 a.m. |

    *See* ECF. Doc. Nos. 23, 31.

    Plaintiffs' and Represented Defendants have reached an agreement-in-principal which would resolve Plaintiffs' claims as against the Represented Defendants in their entirety. As Plaintiffs' are governed by a Board of Trustees, the settlement proposal must be presented to the Board for approval. The next Trustees meeting is scheduled to take place on April 9, 2024, at which time, the settlement proposal will be presented. Therefore, Plaintiffs and the Represented Defendants respectfully request a brief adjournment of the Order to Show cause deadlines to allow the parties to continue resolving the matter without incurring additional professional fees.

1



Although the resolution only pertains to the Represented Defendants, Plaintiffs respectfully request that any adjournment apply to all parties, including Defendant Prime Construction, Inc., so that Plaintiffs' can proceed as against Prime after the claims against the Represented Defendants have been fully resolved. Accordingly, Plaintiffs and the Represented Defendants propose the following dates: no other deadlines other than those set forth below would be affected by the adjournment.

|  | **Deadline** | **Proposed New Date** |
| --- | --- | --- |
| Defendants' Opposition | March 27, 2024 | May 8, 2024 |
| Plaintiffs' Reply | April 3, 2024 | May 15, 2024 |
| Show Cause Hearing | April 30, 2024 @ 11:00 a.m. | TDB by Court |

      We thank the Court for its time and attention to this matter. This is the Plaintiffs' and Represented Defendants' first request for an adjournment of the Order to Show Cause deadlines.

Respectfully submitted,

*/s/Adrianna R. Grancio*
Adrianna R. Grancio, Esq.

GRANTED.   The parties shall file a letter informing the Court on the status of the settlement by **April 16, 2024**.  The show-cause hearing scheduled for April 30, 2024, is ADJOURNED *sine die*.  If Plaintiffs intend to proceed against Prime Contractors Inc. following any settlement against the Represented Defendants, Plaintiffs shall propose a date for the show-cause hearing.

Plaintiffs are directed to serve a copy of this order on Prime Contractors Inc.

SO ORDERED.

Dated: March 27, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge