UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

PRIME CONTRACTORS INC.,

Defendant.

23 Civ. 9033 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant Prime Contractors Inc.'s May 6, 2024 letter, requesting that it "be heard on certain aspects of the settlement and the overall resolution of the subject litigation." ECF No. 40. Counsel for Defendant has not appeared in this action, and a default hearing against Defendant is scheduled for tomorrow, May 7, 2024.

Accordingly:

1. The default hearing scheduled for May 7, 2024, is ADJOURNED *sine die*.

2. By **May 7, 2024**, counsel for Defendant shall appear in this action;

3. By **May 16, 2024**, Plaintiffs shall respond to Defendant's letter; and

SO ORDERED.

Dated: May 6, 2024
New York, New York

ANALISA TORRES
United States District Judge