UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, ET AL.,<br><br>     Plaintiffs,<br><br> -against-<br><br>PRIME CONTRACTORS INC.,<br><br>     Defendant. | 23-CV-09033 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  For the reasons stated on the record, Defendant Prime Contractors' ("Prime") application for Leave to file a Cross-Claim against a party that has been voluntarily dismissed is DENIED. To the extent that Prime wishes to challenge Plaintiff's claim for liquidated damage, Prime may file an appropriately supported opposition to Plaintiff's application for a default judgment.

DATED: May 28, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge