**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
and THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK,

      Plaintiffs,      23 **CIVIL** 9033 (AT)(RFT)

  -against-        **JUDGMENT**

PRIME CONTRACTORS INC.,
      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 9, 2024, the Court has ADOPTED Judge Tarnofsky's R&R in its entirety. Plaintiffs' motion for a default judgment against Prime is GRANTED. Prime must pay Plaintiffs $16,807.25 in liquidated damages, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York
    December 10, 2024

                **TAMMI M. HELLWIG**
                _____
                **Clerk of Court**
         **BY:** *K. Mango*
                _____
                **Deputy Clerk**